**CLOSED**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER PREVEDELLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; JOSE AVILA, an individual; UNIDENTIFIED DEPUTIES, individuals,<br><br>Defendants. | Case No. 2:23-v-08435-CAS-PDx<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

GOOD CAUSE HAVING BEEN SHOWN, the parties' stipulation for an order dismissing this matter with prejudice is granted.

IT IS SO ORDERED.

DATED: September 25, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE